**Order entered July 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00610-CV

### DONALD L. WISE, Appellant

### V.

### VONDA LEA MITCHELL, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03556-2**

## ORDER

We **DENY** as moot appellant's June 2, 2015 motion to consider its motion to set supersedeas bond as a notice of appeal.

/s/    ELIZABETH LANG-MIERS
        JUSTICE